Local AO 246B   (Rev 06/12/09) Order for a Presentence Investigation and Report

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2009 AUG -6 P 3: 39

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:09cr130(SRU) |
| Antonia DeLucia | ) | |
| *Defendant* | ) | |

## ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT

This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

**IT IS FURTHER ORDERED** that:

☐ At least 35 days before sentencing or ☒ by _____Sep 16, 2009_____, the initial presentence report shall be disclosed to counsel.

☐ Within 14 days after receiving the report or ☒ by _____Sep 29, 2009_____, the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐ No later than 7 days after the deadline for counsel's objections or ☒ _____Oct 6, 2009_____, the probation officer shall submit the final presentence report and any addenda to the court.

Sentencing Memorandum Date: _____

Response to Sentencing Memorandum Date: _____

The sentencing date *(check one)* ☒ is set for _____Oct 23, 2009_____.
☐ will be set at a later date.

Within 3 days, the probation officer and defense counsel will arrange for a mutually convenient date, time, and place for the presentence interview.

Date: _____Aug 5, 2009_____

/s/ William I. Garfinkel, USMJ
*Judge's signature*

William I. Garfinkel, USMJ
*Printed name and title*